UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,                    :
                                             :
                    Plaintiff,               :
                                             :
          v.                                 :
                                             :      Case No. 1:11 Cr. 00134 (SJ)
CHAIM LEBOVITS, et al.,                       :
                                             :
                    Defendants.              :
                                             :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### DECLARATION OF MICHELLE SKINNER IN SUPPORT OF DEFENDANT YUDAH NEUMAN'S MOTION TO SUPPRESS

Michelle Skinner, an attorney duly admitted to practice before this Court, hereby declares as follows:

1.      I am an associate of Spears & Imes LLP ("Spears & Imes").  Spears & Imes represents defendant Yudah Neuman in this action.

2.      Attached as Exhibit A is the Affidavit of Sheldon Tang, dated April 30, 2010 and submitted by the government in support of its application for warrants to seize data from email accounts subscribed to by Moses Neuman and Yudah Neuman (the "Tang Affidavit").

3.      Attached as Exhibit B are the search warrants issued to Google Inc, WebHostingPad.com, and GoDaddy.com based on the Tang Affidavit.

*     *     *     *     *

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed on October 14, 2011, in New York, New York.


                              /s/ Michelle Skinner
                              Michelle Skinner