# EXHIBIT B

sw.frm (Rev. EDNY 1996) Search Warrant

# UNITED STATES DISTRICT COURT

_____EASTERN_____ DISTRICT OF _____NEW YORK_____

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

THE PREMISES KNOWN AS ELECTRICAL MAIL ADDRESSES "david@adelphiiadiabetic.com" and lenny@adelphiadiabetic.com (the "PREMISES") controlled by the web-based electronic mail service provider WebHostingPad.com ("WebHostingPad.com" or the "Provider")

**SEARCH WARRANT**
CASE NUMBER:
**M-10-501**

Defendant.

TO:  __SHELDON TANG__  and any Authorized Officer of the United States

Affidavit(s) having been made before me by __SHELDON TANG__ who has reason to
                                              Affiant

believe that  [ ] on the person of   [X] on the premises known as (name, description and/or location)

ELECTRICAL MAIL ADDRESSES "david@adelphiiadiabetic.com" and lenny@adelphiadiabetic.com (the "PREMISES") controlled by the web-based electronic mail service provider WebHostingPad.com ("WebHostingPad.com" or the "Provider")

in the _____EASTERN_____ District of _____NEW YORK_____ there is
now concealed a certain person or property, namely (describe the person or property)

See attached rider A

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __May 10, 2010__
                                                     Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search in the daytime - 6:00 A.M. to 10:00 P.M. and if the person or property be found there to seize same, and promptly return this warrant to _____ANY U.S. MAGISTRATE OR DISTRICT JUDGE_____
as required by law.

__4/30/10  2:44 pm__         at BROOKLYN, NEW YORK           Date and Time Issued
                             City and State

                             _Joan M. Azrack_ (signature)      Name and Title

**Magistrate Judge Joan Azrack**
of Judicial Officer               Signature of Judicial Officer

E00000769

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME OF WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| INVENTORY MADE IN THE PRESENCE OF | | |
| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT | | |

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Subscribed, sworn to, and returned before me this date.

_____   _____
U.S. Judge or Magistrate                                  Date

ATTACHMENT A FOR "PREMISES 1 and 2" - WebHostingPad.com

I. Search Procedure

The search warrant will be faxed to Provider personnel who will be directed to produce those accounts and files described in Section II below.

II. Files and Accounts to be Produced

For the period from January 1, 2008 to the present:

    a. All stored electronic mail and other stored content information presently contained in, or on behalf of, the WebHostingPad.com accounts for the Agents addresses "DAVID@ADELPHIADIABETIC.COM" and "LENNY@ADELPHIADIABETIC.COM" (hereinafter, the "Accounts");

    b. All histories, profiles and "buddy lists" and/or "Friends lists" (including electronic mail addresses, screen names and/or ID's and other information stored) associated with the Accounts described above in Section II(a);

    c. All existing printouts from original storage of all of the electronic mail described above in Section II(a);

    d. All transactional information of all activity of the Accounts described above in Section II(a), including log files, dates, times, methods of connecting, ports, dial-ups, and/or locations;

    e. All business records and subscriber information, in any form kept, pertaining to the Accounts described above in Section II(a), including applications, subscribers' full names, all screen names associated with the subscribers and/or accounts, all account names associated with the subscribers, methods of payment, telephone numbers, addresses, and detailed billing records;

    f. All records indicating the services available to subscribers of the Accounts described above in Section II(a); and

    g. All email, including any attachments, sent by or received by the Accounts described above in Section II(a), whether saved or deleted, whether contained in the email accounts or in a customized "folder";

    h. All instant messenger messages, calendar items, screen names, member profiles, contacts, buddy lists and the content of any WebhostingPad.com Inc. online account features, or related to the Accounts described above in Section II(a); and

    I. All web-pages, including any associated links, that were created or maintained by the user(s) of the Accounts

46

E00000771

described above in Section II(a).

III. <u>Minimization</u>

The items above will be produced to taint Agents, not connected with this investigation, to make sure that only items that concern the participation of MOSES NEUMAN, YUDAH NEUMAN, EDWARD GRODSKY and others in a scheme to commit conspiracy, mail fraud, wire fraud and money laundering in violation of Title 18, United States Code, Sections 371, 1341, 1343, 1349, and 1956 are produced to the Investigative Agents and the prosecution team.

E00000772

sw.frm (Rev. EDNY 1996) Search Warrant

# UNITED STATES DISTRICT COURT

_____EASTERN_____ DISTRICT OF _____NEW YORK_____

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

THE PREMISES KNOWN AS ELECTRICAL MAIL ADDRESS lenny@adelphiasupply.com (the "PREMISES") controlled by the web-based electronic mail service provider GoDaddy.com ("GoDaddy.com" or the "Provider")

**SEARCH WARRANT**
CASE NUMBER:

**M-10-501**

Defendant.

TO: __SHELDON TANG__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __SHELDON TANG_____ who has reason to
                                                          Affiant

believe that  [ ] on the person of  [X] on the premises known as (name, description and/or location)

ELECTRICAL MAIL ADDRESSES lenny@adelphiasupply.com (the "PREMISES") controlled by the web-based electronic mail service provider GoDaddy.com ("GoDaddy.com" or the "Provider")

in the _____EASTERN_____ District of _____NEW YORK_____ there is
now concealed a certain person or property, namely (describe the person or property)

See attached rider B

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before__ May 10, 2010 _____
                                                                            Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search in the daytime - 6:00 A.M. to 10:00 P.M. and if the person or property be found there to seize same, and promptly return this warrant to _____ANY U.S. MAGISTRATE OR DISTRICT JUDGE_____
as required by law.

__4/30/10 2:44 pm__    at BROOKLYN, NEW YORK _____Date and Time Issued
                            City and State

                                    _____[signature]_____Name and Title

Magistrate Judge Joan Azrack         Signature of Judicial Officer
of Judicial Officer

E00000773

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME OF WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| INVENTORY MADE IN THE PRESENCE OF | | |
| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT | | |

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Subscribed, sworn to, and returned before me this date.

_____       _____
U.S. Judge or Magistrate                                      Date

E00000774

<u>ATTACHMENT B FOR "PREMISES 3" - GoDaddy.com</u>

I. <u>Search Procedure</u>

The search warrant will be faxed to Provider personnel who will be directed to produce those accounts and files described in Section II below.

II. <u>Files and Accounts to be Produced</u>

For the period from January 1, 2009 to the present:

a. All stored electronic mail and other stored content information presently contained in, or on behalf of, the GoDaddy.com account for the Agents address "<u>LENNY@ADELPHIASUPPLY.COM</u>" (hereinafter, the "Account");

b. All histories, profiles and "buddy lists" and/or "Friends lists" (including electronic mail addresses, screen names and/or ID's and other information stored) associated with the Account described above in Section II(a);

c. All existing printouts from original storage of all of the electronic mail described above in Section II(a);

d. All transactional information of all activity of the Account described above in Section II(a), including log files, dates, times, methods of connecting, ports, dial-ups, and/or locations;

e. All business records and subscriber information, in any form kept, pertaining to the Account described above in Section II(a), including applications, subscribers' full names, all screen names associated with the subscribers and/or accounts, all account names associated with the subscribers, methods of payment, telephone numbers, addresses, and detailed billing records;

f. All records indicating the services available to subscribers of the Account described above in Section II(a); and

g. All emails, including any attachments, sent by or received by the Account described above in Section II(a), whether saved or deleted, whether contained in the email accounts or in a customized "folder";

h. All instant messenger messages, calendar items, screen names, member profiles, contacts, buddy lists and the content of any GoDaddy.com Inc. online account features, or related to the Account described above in Section II(a); and

I. All web-pages, including any associated links, that were created or maintained by the user(s) of the Account described above in Section II(a).

48

E00000775

III. <u>Minimization</u>

The items above will be produced to taint Agents, not connected with this investigation, to make sure that only items that concern the participation of MOSES NEUMAN, YUDAH NEUMAN, EDWARD GRODSKY and others in a scheme to commit conspiracy, mail fraud, wire fraud and money laundering in violation of Title 18, United States Code, Sections 371, 1341, 1343, 1349, and 1956 are produced to the Investigative Agents and the prosecution team.

E00000776

sw.frm (Rev. EDNY 1996) Search Warrant

# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __NEW YORK__

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

THE PREMISES KNOWN AS ELECTRICAL MAIL ADDRESSES 5591800@gmail.com and kupshtik@gmail.com (the "PREMISES") controlled by the web-based electronic mail service provider Google Inc. ("Google Inc." or the "Provider")

## SEARCH WARRANT
CASE NUMBER: M-10-501

Defendant.

TO: __SHELDON TANG__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __SHELDON TANG__ who has reason to
                                              Affiant

believe that [ ] on the person of [X] on the premises known as (name, description and/or location)

5591800@gmail.com and kupshtik@gmail.com (the "PREMISES") controlled by the web-based electronic mail service provider Google Inc. ("Google Inc." or the "Provider")

in the __EASTERN__ District of __NEW YORK__ there is now concealed a certain person or property, namely (describe the person or property)

See attached rider C

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __May 10, 2010__
                                                      Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search in the daytime - 6:00 A.M. to 10:00 P.M. and if the person or property be found there to seize same, and promptly return this warrant to __ANY U.S. MAGISTRATE OR DISTRICT JUDGE__ as required by law.

5/4/10 @ 4:30 pm     at BROOKLYN, NEW YORK      _____ Date and Time Issued
                        City and State

Magistrate Judge ~~Joan Azrack~~ Ramon E. Reyes Jr    [signature]    _____ Name and Title
of Judicial Officer                Signature of Judicial Officer

E00000849

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME OF WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Subscribed, sworn to, and returned before me this date.

_____     _____
U.S. Judge or Magistrate                           Date

E00000850

ATTACHMENT C FOR "PREMISES 4 and 5" - Google Inc.

I. Search Procedure

The search warrant will be faxed to Provider personnel who will be directed to produce those accounts and files described in Section II below.

II. Files and Accounts to be Produced

For the period from January 1, 2009 to the present:

a. All stored electronic mail and other stored content information presently contained in, or on behalf of, the Google Inc. accounts for the Agents addresses "5591800@GMAIL.COM" and "KUPSHTIK@GMAIL.COM" (hereinafter, the "Accounts");

b. All histories, profiles and "buddy lists" and/or "Friends lists" (including electronic mail addresses, screen names and/or ID's and other information stored) associated with the Accounts described above in Section II(a);

c. All existing printouts from original storage of all of the electronic mail described above in Section II(a);

d. All transactional information of all activity of the Accounts described above in Section II(a), including log files, dates, times, methods of connecting, ports, dial-ups, and/or locations;

e. All business records and subscriber information, in any form kept, pertaining to the Accounts described above in Section II(a), including applications, subscribers' full names, all screen names associated with the subscribers and/or accounts, all account names associated with the subscribers, methods of payment, telephone numbers, addresses, and detailed billing records;

f. All records indicating the services available to subscribers of the Accounts described above in Section II(a); and

g. All emails, including any attachments, sent by or received by the Account described above in Section II(a), whether saved or deleted, whether contained in the email accounts or in a customized "folder";

h. All instant messenger messages, calendar items, screen names, member profiles, contacts, buddy lists and the content of any Google online account features such as Google Docs, Talk, Chat, Orkut, Tasks, or related to the Accounts described above in Section II(a); and

I. All web-pages, including any associated links, that were created or maintained by the user(s) of the Accounts

50

described above in Section II(a).

III. <u>Minimization</u>

The items above will be produced to taint Agents, not connected with this investigation, to make sure that only items that concern the participation of MOSES NEUMAN, YUDAH NEUMAN, EDWARD GRODSKY and others in a scheme to commit conspiracy, mail fraud, wire fraud and money laundering in violation of Title 18, United States Code, Sections 371, 1341, 1343, 1349, and 1956 are produced to the Investigative Agents and the prosecution team.

E00000852