# SPEARS & IMES LLP

51 Madison Avenue  
New York, NY 10010  
tel  212-213-6996  
fax 212-213-0849

David Spears  
tel 212-213-6991  
dspears@spearsimes.com

January 7, 2014

**BY ECF AND HAND DELIVERY**

Honorable Sterling Johnson, Jr.  
United States District Judge  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York  11201

United States v. Lebovits, et al.<br>
11-CR-00134 (SJ) (SMG)

Dear Judge Johnson:

      We represent Yudah Neuman, whose sentencing is presently scheduled for January 10, 2014.  Because of ongoing dealings with the government regarding discrepancies between the Guidelines calculation set out in the Plea Agreement between Mr. Neuman and the government and the Guidelines calculation set out in the Presentence Report prepared by the Probation Department, we will request on January 10 when we appear before the Court that Mr. Neuman's sentencing be adjourned.

Respectfully,

*David Spears* (signature)

David Spears

cc:  All Counsel